**No. 43929.**—Protest 11810–K of Copex Co., Inc. (New York).

Opinion by EVANS, J. On the record presented the protest was overruled.

**No. 43930.**—Protests 789385–G (A), etc., of Ashcraft-Wilkinson Co. et al. (Boston, etc.).

Opinion by EVANS, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

### JUNE 7, 1940

**No. 43931.**—Protests 886086–G, etc., of Sterling Button Co. C. D. 324. Motion of Government for rehearing denied.

### JUNE 10, 1940

**No. 43932.**—Protest 821485–G of J. A. Forrest. Abstract 43637. Motion of Government for rehearing granted.

**No. 43933.**—Protest 963281–G of Siegfried Lowenthal Co. Abstract 43478. Plaintiff's application for rehearing granted.

### JUNE 5, 1940

**No. 43934.**—Suit 4282.—*Neumann-Endler, Inc.* v. *United States* (*Majestic Forwarding & Shipping Co.*). C. D. 188 affirmed. C. A. D. 105.

### JUNE 10, 1940

**No. 43935.**—Suit 4258.—*Transatlantic Shipping Co., Inc.* (*Absorbo Beer Pad Co., Inc.*) v. *United States.* Reap. Dec. 4547 affirmed. C. A. D. 118.

### BEFORE THE FIRST DIVISION, JUNE 12, 1940

**No. 43936.**—Petition 5995–R of Mark H. Simon (New York).

Opinion by BROWN, J. The entered value was about 25 percent less than the appraised value. The importer contended there was no foreign value and therefore the export value prevailed. On appeal to reappraisement the appraised value was affirmed. It was found that the facts and circumstances do not indicate any intention to defraud the Government or conceal any of the facts. The petition was therefore granted.